O-send 

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 11- MJ- 1727 |
| Plaintiff, | ORDER OF DETENTION |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Stanley Charles Simons | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ~~SD~~ ND Cal for alleged violation(s) of the terms and conditions of his/her [probation]/[supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _failure to comply w/ conditions of release + alcohol/substance abuse._

1
2
3
        and/or
4
    B.  [X] The defendant has not met his/her burden of establishing by
5
        clear and convincing evidence that he/she is not likely to pose
6
        a danger to the safety of any other person or the community if
7
        released under 18 U.S.C. § 3142(b) or (c). This finding is based
8
        on: Violations of conditions of release,
9
        criminal history, substance/alcohol
10
        abuse.
11
12
13
        IT THEREFORE IS ORDERED that the defendant be detained pending
14
        the further revocation proceedings.
15
16
    Dated: 7/21/11
17
18
                                    /s/ SH [signature]
19
                                    UNITES STATES MAGISTRATE JUDGE
20

2